UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-cv-20039-JAL

WINDY LUCIUS

      Plaintiff,

v.

PURE BEAUTY, LLC.

      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff WINDY LUCIUS, by and through counsel, pursuant to Fed. R. Civ. P. Rule 41(a), hereby gives notice that she voluntarily dismisses this action with prejudice against Defendant, PURE BEAUTY, LLC, and respectfully requests that this Court terminate the action.

Respectfully submitted on February 4, 2025.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

Lucius v. Pure Beauty<br>
Case No. 25-cv-20039-JAL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2025, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*